# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LUIS GARCIA, | : No. 7 EM 2017 |
| Petitioner | : |
| v. | : |
| THE SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS AND DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus Petition for Writ of Habeas Corpus [King's Bench]" is **DENIED**.